ATYADM, CV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:07-cv-01865-DSD-SRN

Traver v. Pfizer, Inc.  
Assigned to: Senior Judge David S. Doty  
Referred to: Magistrate Judge Susan R. Nelson  
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 04/11/2007  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Ruth Traver**     represented by     **Arthur-NA Sherman**  
Not Admitted  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard-NA Salkow**  
Not Admitted  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robert K Shelquist**  
Lockridge Grindal Nauen PLLP  
100 Washington Ave S Ste 2200  
Minneapolis, MN 55401-2179  
612-339-6900  
Fax: 612-339-0981  
Email: rshelquist@locklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Yvonne M Flaherty**  
Lockridge Grindal Nauen PLLP  
100 Washington Ave S Ste 2200  
Minneapolis, MN 55401-2179  
(612) 339-6900  
Email: flaheym@locklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**     represented by     **Joseph M Price**  
Faegre & Benson LLP  
90 S 7th St Ste 2200

Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2007 | 1 | COMPLAINT with Jury Demand against Pfizer, Inc. ( Filing fee $ 350 receipt number 40012361.) assigned to Judge David S. Doty per Master referred to Magistrate Judge Susan R. Nelson, filed by Ruth Traver. (MDL 1699) (Attachments: # 1 Civil Cover Sheet)(JMH) (Qc'd by akl) (Entered: 04/11/2007) |
| 04/11/2007 |  | Summons Issued as to Pfizer, Inc. (JMH) (Entered: 04/11/2007) |
| 05/02/2007 | 2 | ANSWER to Complaint with Jury Demand by Pfizer, Inc..(Price, Joseph) (Entered: 05/02/2007) |
| 05/02/2007 | 3 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc. that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 05/02/2007) |
| 05/02/2007 | 4 | CERTIFICATE OF SERVICE by Pfizer, Inc. re 3 Rule 7.1 - Disclosure Statement, 2 Answer to Complaint (Price, Joseph) (Entered: 05/02/2007) |
| 06/01/2007 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-64), transferring case to the Northern District of California, San Francisco Division per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Honorable Charles R. Breyer. (jc) (Entered: 06/01/2007) |