UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-cv-01699-CRB <br><br> MDL No. 1699 |
|---|---|
| THIS RELATES TO: <br><br> MDL Case No. 007-cv-2893 | Plaintiff: Ruth Traver |

## REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The undersigned agree to voluntary dismissal of the above-referenced action without prejudice and without further cost to any party, with the condition that if the case is re-filed it will be filed in Federal Court.

Dated: Sept. 13, 2007

By: _____

Robert K. Shelquist- MN 21310X
Yvonne M. Flaherty- MN 267600
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981

ATTORNEY FOR PLAINTIFF

By: _____

Stuart M. Gordon- CA#
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-986-5900
Facsimile: 415-986-8054
ATTORNEY FOR DEFENDANT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 21, 2007



Honorable Charles R. Breyer
United States District Court

373350-1